UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

PARWANA ABDUL SAMAD and
KHATIMA ABDUL SAMAD,                                              Petitioners,

v.                                                                        Civil Action No. 4:26-cv-49-DJH

JASON WOOSLEY, Jailer, Grayson County
Detention Center et al.,                                              Respondents.

\* \* \* \* \*

## ORDER

Petitioners Parwana Abdul Samad and Khatima Abdul Samad, by counsel, filed a petition seeking a writ of habeas corpus under 28 U.S.C. § 2241. Upon review of the petition, it is hereby

**ORDERED** as follows:

(1) The Clerk of Court shall **serve** the United States Attorney for the Western District of Kentucky electronically at the following email address: ben.schecter@usdoj.gov.

(2) The Clerk of Court shall **forward by certified mail, return receipt requested** one copy of the petition (Docket No. 1) and this Order on Respondent Jason Woosley.

(3) The Court finds good cause under 28 U.S.C. § 2243 to set the schedule for the return and hearing as set forth below.

(4) **On or before February 5, 2026**, Respondents shall **SHOW CAUSE** why the writ of habeas corpus should not be granted. *See* 28 U.S.C. § 2243; Fed. R. Civ. P. 6(a).

(5) Petitioners may file a reply **on or before February 6, 2026**.

(6) If either party requests an evidentiary hearing, they shall so advise the Court by written motion **on or before February 5, 2026**. *See* 28 U.S.C. § 2243. In the event of an evidentiary hearing, Petitioners may appear by Zoom if the option is available with the Grayson County Detention Center. Counsel may contact the Court's case manager, Natalie Thompson, at NThompson@kywd.uscourts.gov to arrange for Petitioners to appear by Zoom.

February 2, 2026

David J. Hale, Chief Judge
United States District Court

1